IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

SAMUEL LANIER  182893 )
Full name and prison number
of plaintiff(s)

RECEIVED
2008 MAR 17 A 8:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

CONNIE BEDSOLE - Drug Prog Spec )

_____ )
_____ )
_____ )
_____ )

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:08CV182-WK
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) __NONE_____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT ___N/A___

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED ___N/A___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Connie Bedsole | P.O. Box 767 Clayton, AL 36016 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ___Feb, 2008___

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___Racial Discrimination___

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I Samuel Lanier # 182893 B/m was dismissed from The Crime bill prog. in feb. 08 For Staff write up, when a white Inmate had my work and put it in his box, "Locker box" and Didn't give it to Staff on time, and Staff knew he had it.

GROUND TWO: Mential Anguish

SUPPORTING FACTS: Due to the fact of being put Out, of the program, And They knowing I go home off Crime bill, I was denied replacement back in the program, when ms. C. Bedsole knew She was wrong..

GROUND THREE: 8th Amendment prohibits "Being punish For Something I didnt do." Racial Discrimination"

SUPPORTING FACTS: The only reason, I'm out of the program is because I am a black man, And a"little mental ( 780 F.2d 652 7th Cir, 1985) The Wilson Court reasoned that "IF The pain inflicted is not formally meted out as punishment by The Statute or the Sentencing Judge only

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Ms. Connie Bedsole Job For 1 year, without pay. To make sure All Inmates are treated Fairly and stop Abusing Funds From Federal Funded program, $2,500 Dollars For pain & Mental Anguish.

x _Samuel Carier_   182893
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-4-08
          (Date)

x _Samuel Carier_   182893
Signature of plaintiff(s)

4

NAME Samuel Lanzer AIS # 182893 DORM # D-4
**VENTRESS CORRECTIONAL FACILITY**   Bed 43B
P. O. BOX 767
Clayton, AL 36016



"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

VENTRESS
LAW LIBRARY

Ms, Debra Hackett, Clerk
Office The Clerk
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama
36101-0711