Lanier

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Connie Bedsole
Drug Program Specialist
Ventress Correctional Facility
P O Box 767
Clayton, AL 36016-0767

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 03-19-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2:08CV182 (cmpl order 40 dys)

2. Article Number (Transfer from service label): 7007 1490 0000 0024 5034

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540