IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

Samuel Lanier
_____,    )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )    CASE NO. 2:08-cv-182
                                       )
Connie Bedsole                         )
_____,    )
                                       )
        Defendants,                    )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Connie Bedsole _____, a **Defendant** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[■] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Alabama Dept of Corrections | Employer |
| Mr. Neal P. Conner | |
| | Attorney for Defendant and Employer |

5/1/2008
Date

(Signature)

Neal P. Conner
(Counsel's Name)

Connie Bedsole,Defendant
Counsel for (print names of all parties)

P.O. Box 301501, Montgomery, AL 36130-1501
Address, City, State Zip Code
334-353-3888
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, Neal P. Conner _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by Electronic Mail, and U.S. Mail _____ (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 1st____ day of May_____ 20 08 to:

Samuel Lanier  AIS # 182893 _____

Ventress Correctional Facility _____

Post Office Box 767 _____

Clayton, AL  36016-0767 _____

_____

_____

5/1/2008 _____
        Date                                                          Signature