**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

Samuel Lanier (A.I.S. #182893)
  Plaintiff

vs

Connie Bedsole,
Drug Program Supervisor
  Defendant

Civil Action 2:08 CV-182-WKW

Admendment of Affidavit

Plaintiff will try to show cause as to why this CASE should go forward as "Mental Anguish And Discrimination". The defendants name in this Suit Failed to be truthful with this Court System As to the Claime brought Against her. Being the plaintiff of this Suit I Suffered with mental Stress, and with bad head aids brought on by the treatment of A Drug Supervisor Ms. Connie Bedsole, Because I'Am A black man and a little Mental. And She had ask was Frederick Rivers Civil action number 2:08-CV-24 WKW-TFM, my God Father for real, After I Said yes, I knew with all my Heart that She was going to give me A Treatment Failures, As A Court return after I Finales Crime bill, I could go home two weeks after, But after Being Inmate Frederick Rivers Godson. I wont go home until 2009, June. Mental anguish and Discrimination again me because of Inmate Frederick Rivers, A.I.S. #148197 Civil Action number 2:08-CV-24 WKW-TFM. Defendant Failed to mention Crime bill is A Very Stressful and Strick Rule Run program that does not comply to the need of those who need Special attention or Care.

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

Defendant Also failed to State that For Inmates who take "physic trop medeciation) They offer A Special need program, Dual Dianousic As long term Sap. Here at Ventress Corrections Facility But Dual Dianousic Drug program Don't get as much money as Crime Bill program; I Samuel Lanier are requesting From the Court's that the Defendant take a lie test under Title 28 U.S.C. 1746, when The true is in Quester, it can be Requested by the plaintiff, that the Defendant take a lie test, If they are not Being untrue, Because I have witiness that have Seen Ms. Connie Bedsole, make Inmate michal power kiss her feet, So She would'nt write lie's on him and put him out of the program As A treatment Failures,

Certificate of Service

I here by Certiefy that I have Served A Copy of The fore going Admendent of Afficiauit, to be mail in the United State mail to the Defendant and her Counsel Mr. Neal P. Conner (Conn2024)

This ___7th___ Day of ___May___

_Samuel Lanier_
name of plaintiff

State of Alabama
County of Barbour

_Carolyn R. Abercrombie_
Notary Public

My Commission Expires 06/08/2011
Comm. Exp. Date

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

## Sworn Affidavit of Testimony

I Bobby Hughes A.I.S# 120554 Testify that as a member of Crime bill program at Ventress Correctional Facility That I Bobby Hughes was in the program the same time as Samuel Lanier, while in Crime bill (cardina Rules) Crime bill and all other SAP programs offered by D.O.C. has this Cardinal Rules of programs which deem if committed Automatic Termination should be inflicted at that time. The Six (6) cardina Rules are (1) No Breaking Confidiality (2) No Acts of Violence or threats of violence (3) No Drugs or Alocohil (4) No Sexually Acting out (5) No Gambling (6) No Stealig Crime Bill & TC are programs that Have over 200 Rule Violation For Basic Rules which Learning Experinces are give out for,

I Bobby Hughes do testify that I was in Crime bill The morning Samuel Lanier, Done his Learning Experinces and the one that is being show as Exhibit E By The Defendant and Crime bill Drug program Supervisor Ms. Connie Bedsole, is Not the Learning Experince Samuel Lanier Turn in on Feb, 27, 2008, Because The Learning Experinces I seem that morning, They refuse to get it off this bed like they do every one else, I Bobby Hughes, declare under Title 28 U.S.C. 1746 under the penaily of persury the For going is ture and correct

Exeuteion 5-7-08
              Date

Bobby Hughes
Sign

NAME Samuel Lanier    AIS #182893   DORM #C457
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016



MONTGOMERY AL 361
08 MAY 2008 PM 4 L

OFFIce of The clerk
UniTed STaTes DisTict CourT
P.O. Box 711
Montgomery Al, 36101

VENTRESS
LAW LIBRARY

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL MAIL

36101+0711