IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL LANIER, #182893, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-182-WKW |
| | ) |
| CONNIE BEDSOLE, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

In his response filed on May 9, 2008 (Court Doc. No. 11), the plaintiff asserts an additional claim for relief and presents new facts in support of his complaint. Specifically, the plaintiff argues that defendant Bedsole removed him from the substance abuse treatment program due to a lawsuit filed by Fredrick Rivers. The plaintiff also complains that the learning experience assignment submitted as an exhibit is not the assignment he actually provided to the defendant. The court therefore construes this document to contain a motion to amend. Accordingly, it is

ORDERED that:

1. The motion to amend be and is hereby GRANTED.

2. On or before June 3, 2008, the defendant shall file a supplement to her special report, supported by affidavits and relevant evidentiary materials, addressing the claims presented in the amendment to the complaint.

The Clerk is DIRECTED to provide a copy of this order to the defendant and to furnish a copy of the same to the plaintiff.

Done this 9th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE