IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| Samuel Lanier (AIS # 182893) | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V | ) |
| | ) |
| | ) Civil Action 2:08 CV182WKW |
| Connie Bedsole, | ) |
| | ) |
| Defendant. | |

## NOTICE OF APPEARANCE
## AND MOTION TO SUBSTITUTE COUNSEL

Comes now the Defendant's undersigned counsel, and files his notice of appearance in the above-styled cause and moves that this Honorable Court allow aforesaid counsel to be substituted for the Associate General Counsel Neal Conner.

Respectfully submitted this the 29th day of May, 2008.

KIM T. THOMAS (THO115)
GENERAL COUNSEL

/s/ Greg Biggs
GREG BIGGS (BIG004)
ASSISTANT GENERAL COUNSEL
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL   36130
(334) 353-3889

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

>Inmate Samuel Lanier, AIS # 182893
>Ventress Correctional Facility
>Post Office Box 767
>Clayton, AL   36016-767

>/s/ Greg Biggs
>GREG BIGGS(BIG004)