**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

Samuel Lanier # 182893,
   Plantiff,

vs.                                  Civil Action No. 2:08-cv-182-wkw

Connie Bedsole,
   Defendant

Plantiff's Response

Comes now into this court, prose, plantiff and files this response to defendant's supplemental answer, the plantiff states the following to wit:

The plantiff would argue that the defendant has not produced one bit of material fact to refute his claims. The defendant continues to claim qualified immunity. Qualified immunity does not have a person who works for state government to violate a person's civil rights and then claim immunity. The defendant as evidenced by prior litigation has a history of the alleged behavior by the plantiff and this court should not allow her to continue this type behavior by hiding behind immunity.

The plantiff can show that the lessons turned in by the defendant was not the actual written assigment he turned in. The plantiff would argue the defendant's original answer shows that the Montgomery County Judge was not notified until after the civil action was filed and one day before the defendant appeared for her first affidavit, this clearly shows the defendant is trying to cover her tracks. The plantiff denies the defendant's claim of qualified immunity and believes the defendant did violate his civil rights and terminate him from Crime bill

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

S.A.P as alleged. The plantiff believes his complaint speaks for itself and this cause should be allowed to proceed and the defendant's claim of unlimited qualified immunity is without merit.

Wherefore, the foregoing pleadings considered, the plantiff prays this honorable court will grant the relief requested. The plantiff asks this court to allow this cause to proceed to trial and to dismiss the defendant's motion to dismiss.

Respectfully Submitted

I certify a copy of the foregoing pleadings have been sent to all parties involved by U.S. mail to the addresses listed below.

This the 9th day of June 2008

A.D.O.C.
% Gregg Biggs
Legal Division
P.O. Box 301501
Montgomery, AL 36130

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

NAME Samuel Lanier   AIS # 182893  DORM # I2
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

~~[signature]~~
Legal Mail 36101-0711



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama,
36101-0711