IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL LANIER, #182893, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-CV-182-WKW |
| | ) |
| CONNIE BEDSOLE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 18), and after an independent review, it is ORDERED as follows:

(1) The Recommendation is ADOPTED;

(2) Defendant's motion for summary judgment (Doc. # 6) is GRANTED;

(3) This case is DISMISSED with prejudice, and;

(4) Costs are TAXED against Plaintiff.

Final judgment will be entered separately.

DONE this 18th day of August, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE